| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF MASSACHUSETTS | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **Somerville Brewing Company**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**AKA Slumbrew**
**DBA American Fresh Brewhouse**

**3. Debtor's federal Employer Identification Number** (EIN)  **35-2399508**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **15 Ward Street** <br> **Somerville, MA 02143** <br> Number, Street, City, State & ZIP Code | **519 Somerville Avenue, #342** <br> **Somerville, MA 02143** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Somerville Brewing Company** _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☑ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Somerville Brewing Company** _____ Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  __Somerville Brewing Company__    Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __9/27/19__
             MM / DD / YYYY

X  _/s/ signature_                                      __Jeffrey Leiter__
   Signature of authorized representative of debtor     Printed name

Title  **President and Treasuer**

**18. Signature of attorney**

X  _/s/ signature_                                      Date __9/27/19__
   Signature of attorney for debtor                          MM / DD / YYYY

__Nina M. Parker 389990__
Printed name

__Parker & Lipton__
Firm name

__10 Converse Place, Suite 201__
__Winchester, MA 01890__
Number, Street, City, State & ZIP Code

Contact phone  __(781)729-0005__    Email address  __nparker@parkerlipton.com__

__389990 MA__
Bar number and State

Fill in this information to identify the case:
Debtor name: **Somerville Brewing Company**
United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Amy Chan<br>8 Boundary Terrace, Lwr North Apt #1<br>Devonshire, FL02<br>Bermuda | | Loan | | | | $20,000.00 |
| Bill Bailey<br>30 North Shore Road<br>Smiths, FL03<br>Bermuda | | Loans | | | | $30,000.00 |
| City of Somerville<br>Office of Strategic Planning<br>and Community Development<br>93 Highland Avenue<br>Somerville, MA 02143 | | Loan | | | | $99,528.45 |
| Eric Haller<br>Gwen Haller<br>19 North Shore Road<br>Hamilton FL04<br>Bermuda | | Loans | | | | $421,500.00 |
| Gennari Aronson, LLP<br>250 First Avenue, Suite 200<br>Needham Heights, MA 02494 | | | | | | $22,956.63 |
| Horace-Ward, LLC<br>15 Ward Street<br>Somerville, MA 02143 | | Utilities | | | | $27,210.93 |

Debtor **Somerville Brewing Company**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **James Clark c/o JLS Mailing Services 672 Crescent Street Brockton, MA 02302** | | **Loan** | | | | $67,500.00 |
| **Kathleen A. Kennedy 2000 Trust c/o Marty Whalen and Kathleen Kennedy 472 East County Road 1000 North La Porte, IN 46350** | | **Loan** | | | | $200,000.00 |
| **Lifting Mind Inc. 36 Glen Road Winchester, MA 01890** | | | | | | $37,450.00 |
| **Lisa LeBlanc 9 Loquat Lane Smiths, FL08 Bermuda** | | **Loans** | | | | $40,000.00 |
| **Melissa Morton 140 Broadway New York, NY 10005** | | **Loan** | | | | $25,000.00 |
| **Micahel Fox Cloverdale #16 60 South Road Devnonshire, FL05 Bermuda** | | **Loan** | | | | $25,000.00 |
| **Michael McNeil Mary Jo McNeil 48 Dunstable Road Westford, MA 01886** | | **Loan** | | | | $22,367.00 |
| **Michael Warren Benson Burnbridge 11 Gibbs Hill Road Southampton, SN02 Bermuda** | | **Loan** | | | | $25,000.00 |
| **Performance Food Service P.O. Box 3024 Springfield, MA 01104** | | | | | | $25,664.99 |
| **Rick McNeil Carol McNeil 48 Dunstable Road Westford, MA 01886** | | **Loan** | | | | $33,857.00 |
| **Russel O'Brian c/o JLS Mailing Services 672 Crescent Street Brockton, MA 02302** | | **Loan** | | | | $21,500.00 |

Debtor **Somerville Brewing Company**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Street Retail, Inc.** **Lockbox #9320** **P.O. Box 8500** **Philadelphia, PA 19178** | | **Rent - Assembly Square** | | | | **$73,614.00** |
| **The O'Keefe Group, Inc.** **17 Bank Street** **P.O. Box 1240** **Attleboro, MA 02703** | | | | | | **$23,665.20** |
| **Tonneson and Company** **401 Edgewater Place, Suite 300** **Wakefield, MA 01880** | | | | | | **$23,611.08** |

# United States Bankruptcy Court
## District of Massachusetts

In re  **Somerville Brewing Company**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Treasuer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 27, 2019**

**/s/ Jeffrey Leiter**  
**Jeffrey Leiter**/**President and Treasuer**  
Signer/Title

American Express National Bank
4315 South 2700 West
Salt Lake City, UT 84184

American Express National Bank
c/o Datamark, Inc.
Attn: Merchant Financing Counsel
43 Butterfield Circle
El Paso, TX 79906

Amy Chan
8 Boundary Terrace, Lwr North Apt #1
Devonshire, FL02          Bermuda

Art in Etch
48 Dunstable Road
Westford, MA 01886

Ascentium Capital LLC
23970 Hwy 59 N
Kingwood, TX 77339

Bill Bailey
30 North Shore Road
Smiths, FL03          Bermuda

Boston Gourmet Chefs, Inc.
P.O. Box 883
Framingham, MA 01701

Brookline Ice Company, Inc.
225 Southampton Street
Boston, MA 02118

Caitlin M. Jewell
82 Victoria Street
Somerville, MA 02144

Callahan AC and Heating Services
91 Belmont Street
North Andover, MA 01845

Cambridge Trust Company
1336 Massachusetts Avenue
Cambridge, MA 02138

Cambridge Trust Company
P.O. Box 380186
Cambridge, MA 02238

Champion Utility Billing Services, LLC
5671 SE Crooked Oak Avenue
Hobe Sound, FL 33455

```
City of Somerville
Office of Strategic Planning
  and Community Development
93 Highland Avenue
Somerville, MA 02143

Corporation Service Company
  As Representative for Ascentium
P.O. Box 2576
Springfield, IL 62708

Crestmark Vendor Finance
5480 Corporate Drive, Ste. 350
Troy, MI 48098

CT Corporation System
  As Representative of Ascentium Capital
330 N. Brand Boulevard, Suite 700
Attn:  SPRS
Glendale, CA 91203

Department of Unemployment Assistance
Charles F. Hurley Building
19 Staniford Street
Boston, MA 02114

Devin McNeil
48 Dunstable Road
Westford, MA 01886

DWS Printing
89 N. Industry Court
Deer Park, NY 11729

Edelstein and Company
160 Federal Street, 9th Floor
Boston, MA 02110

Eric Haller
Gwen  Haller
19 North Shore Road
Hamilton FL04   Bermuda

Eversource
P.O. Box 56007
Boston, MA 02205

Falvey Linen Supply
23 Walpole Park S. Dr., Unit 6
Walpole, MA 02081

Federal Realty Investment Trust
1626 East Jefferson Street
Rockville, MD 20852
```

```
Financial Agent Services
P.O. Box 2576
Springfield, IL 62708

Financial Pacific Leasing
P.O. Box 4568
Federal Way, WA 98063

Financial Pacific Leasing, Inc.
3455 S. 344th Way
Auburn, WA 98001

Gennari Aronson, LLP
250 First Avenue, Suite 200
Needham Heights, MA 02494

Horace-Ward, LLC
15 Ward Street
Somerville, MA 02143

IFinancial Group
324 Avenida De La Estrella
San Clemente, CA 92672

Iggy's
130 Fawcett Street
Cambridge, MA 02138

James Clark
c/o JLS Mailing Services
672 Crescent Street
Brockton, MA 02302

James S. Altschuler
Mona K. Altschuler
27 Hathaway Road
Lexington, MA 02420

Jeffrey Leiter
82 Victoria Street
Somerville, MA 02144

Jill McGaffigan
36 Glen Road
Winchester, MA 01890

Karl Dias
94 Wason Street
Medford, MA 02155

Kathleen A. Kennedy 2000 Trust
c/o Marty Whalen and Kathleen Kennedy
472 East County Road 1000 North
La Porte, IN 46350
```

```
Katsiroubas Bros.
P.O. Box 220
Readville, MA 02137

Langer and McLaughlin, LLP
535 Boylston Street, 3rd Floor
Boston, MA 02116

Laurence J. Slotnick
94 Grafton Street
Arlington, MA 02474

Lifting Mind Inc.
36 Glen Road
Winchester, MA 01890

Linda Leiter
33 Churchill Avenue
Arlington, MA 02476

Lisa LeBlanc
9 Loquat Lane
Smiths, FL08        Bermuda

M2 Lease Funds, LLC
175 N. Patrick Boulevard, Ste. 140
Brookfield, WI 53045

Marlin Business Bank
2795 E. Cottonwood Parkway
Salt Lake City, UT 84121

Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ 08054

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Massachusetts Growth Capital Corporation
Schrafft's City Center
529 Main Street, Suite 201
Charlestown, MA 02129

McDermott, Quilty and Miller LLP
28 State Street, Ste. 802
Boston, MA 02109

Melissa Morton
140 Broadway
New York, NY 10005
```

```
Micahel Fox
Cloverdale #16
60 South Road
Devnonshire, FL05     Bermuda

Michael McNeil
Mary Jo McNeil
48 Dunstable Road
Westford, MA 01886

Michael Warren Benson
Burnbridge
11 Gibbs Hill Road
Southampton, SN02     Bermuda

National Grid
Attn:  Bankruptcy Department
300 Erie Boulevard West
Syracuse, NY 13202

National Grid
P.O. Box 11735
Newark, NJ 07101

Normandy Real Estate Partners
89 A Street
Needham Heights, MA 02494

Northeast Cutlery
244 Ash Street
Reading, MA 01867

OnDeck Capital
Attn:  Director of Operations
901 N. Stuart Street, Ste. 700
Arlington, VA 22203

Pauline Betty
39 Taylor Drive, Unit 3010
Reading, MA 01867

Paypal Working Capital
Attn:  Executive Escalation
P.O. BOx 5018
Lutherville Timonium, MD 21094

Performance Food Service
P.O. Box 3024
Springfield, MA 01104

Peter Schmidt
Hollie Schmidt
2 Ewell Avenue
Lexington, MA 02421
```

Richard Foster
Lelani Foster
29 Hathaway Road
Lexington, MA 02420

Rick McNeil
Carol McNeil
48 Dunstable Road
Westford, MA 01886

River Drive
600 Narragansett Tri
Buxton, ME 04093

Russel O'Brian
c/o JLS Mailing Services
672 Crescent Street
Brockton, MA 02302

Save That Stuff, Inc.
200 Terminal Street
Charlestown, MA 02129

Scott Mullen
68 Henderson Street
Arlington, MA 02474

Spinning Wheels Express
c/o Adcco, Inc.
152 Lynnway, Ste. 2-D
Lynn, MA 01902

SRI Assembly Row B6, LLC
c/o Federal Realty Investment Trust
Attn:  Legal Department
1626 Jefferson Street
Rockville, MD 20852

Street Retail, Inc.
Lockbox #9320
P.O. Box 8500
Philadelphia, PA 19178

The Marguerite H. McNeil
  Irrevocable Trust
48 Dunstable Road
Westford, MA 01886

The O'Keefe Group, Inc.
17 Bank Street
P.O. Box 1240
Attleboro, MA 02703

```
Tonneson and Company
401 Edgewater Place, Suite 300
Wakefield, MA 01880

United Service Company
422A Boston Street
Topsfield, MA 01983

William Tauro
Marisa L. Tauro
60 Ferncroft Road
Tewksbury, MA 01876
```

# United States Bankruptcy Court
## District of Massachusetts

In re  **Somerville Brewing Company**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Somerville Brewing Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 27, 2019**  
Date

/s/ Nina M. Parker  
**Nina M. Parker 389990**  
Signature of Attorney or Litigant  
Counsel for **Somerville Brewing Company**  
**Parker & Lipton**  
**10 Converse Place, Suite 201**  
**Winchester, MA 01890**  
**(781)729-0005 Fax:(781)729-0187**  
**nparker@parker.lipton.com**