## SOMERVILLE BREWING COMPANY
Consent of Majority of Stockholders

September 26, 2019

The undersigned, being the President and Treasurer and Secretary of Somerville Brewing Company hereby adopt and in compliance with the laws of the State of Delaware and the by-laws of Somerville Brewing Company, the following resolutions and hereby direct that the same be filed with the minutes of the meeting of the stockholders of the corporation as though voted and resolved at a specially scheduled and noticed meeting of said stockholders, to wit:

VOTED: That in the judgment of the majority of the stockholders of this corporation it is desirable and in the best interests of the corporation, its creditors, stockholders and other interested parties, that a petition pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 et seq. be filed by this corporation.

VOTED: That the President and Treasurer of this corporation, Jeffrey Leiter, is authorized and empowered, for and on behalf of this corporation and in its corporate name and behalf, to execute, acknowledge, verify and deliver a petition pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 et seq.; and to cause the same to be filed with the United States Bankruptcy Court for the District of Massachusetts and to file such other instruments, schedules and other papers and to take any and all other action which either or both, so acting, may deem necessary or proper in connection with said proceedings.

VOTED: That Nina M. Parker, Esquire and Parker & Associates LLC, d/b/a Parker & Lipton, 10 Converse Place, Suite 201, Winchester, Massachusetts 01890 be, and she hereby is, retained as counsel to represent this corporation in the matter of the aforementioned proceedings and with respect to all proceedings pursuant to the Bankruptcy Code.

_____
Jeffrey Leiter
As President and Treasurer and 43.25% Stockholder
of Somerville Brewing Company

_____
Caitlin Jewell, as Secretary and 43.25% Stockholder
of Somerville Brewing Company