**EXHIBIT 1**

Somerville Brewing Company PAYROLL AND TIPS

| | WAGES AND TIPS Bi-Weekly Payroll Salary | Weekly Tips |
|---|---:|---:|
| | $ 3,565.00 | |
| | $ 1,204.00 | |
| | $ 2,115.00 | |
| Total Salary | $ 6,884.00 | |
| | Hourly | |
| | $ 600.00 | |
| | $ 320.00 | |
| | $ 720.00 | |
| | $ 195.00 | $ 812.00 |
| | $ 570.00 | $ 1,207.00 |
| | $ 522.00 | $ 1,313.00 |
| | $ 539.00 | $ 1,020.00 |
| | $ 227.00 | $ 900.00 |
| | $ 244.00 | $ 609.00 |
| | $ 416.00 | $ 1,025.00 |
| | $ 415.00 | $ 874.00 |
| | $ 60.00 | $ 296.00 |
| | $ 162.00 | $ 656.00 |
| | $ 29.00 | $ 129.00 |
| | $ 60.00 | $ 336.00 |
| | $ 45.00 | $ 157.00 |
| | $ 95.00 | $ 373.00 |
| | $ 46.00 | $ 115.00 |
| | $ 168.00 | $ 79.00 |
| | $ 87.00 | $ 451.00 |
| | $ 104.00 | $ 299.00 |
| | $ 116.00 | $ 293.00 |
| | $ 57.00 | $ 198.00 |
| | $ 248.00 | $ 879.00 |
| | $ 403.00 | $ 1,101.00 |
| | $ 118.00 | $ 416.00 |
| | $ 31.00 | $ 181.00 |
| | $ 260.00 | $ 861.00 |
| | $ 377.00 | $ 145.00 |
| | $ 43.00 | $ 36.00 |
| | $ 329.00 | $ 378.00 |
| | $ 415.00 | $ 373.00 |
| | $ 1,389.00 | |
| | $ 1,172.00 | |
| | $ 796.00 | |
| | $ 1,579.00 | |
| | $ 1,014.00 | |
| | $ 1,197.00 | |
| | $ 1,183.00 | |
| | $ 981.00 | |
| | $ 740.00 | |
| | $ 921.00 | |
| | $ 866.00 | |
| | $ 798.00 | |
| | $ 313.00 | $ 45.00 |
| | $ 633.00 | |
| | $ 761.00 | $ 131.00 |
| | $ 740.00 | |
| | $ 80.00 | $ 26.00 |
| | $ 657.00 | $ 105.00 |
| Total Hourly | $ 23,841.00 | |
| Total | $ 34,044.00 | $ 15,819.00 |