**EXHIBIT A**

Somerville Brewing Company
30 Day Budget

| | | |
|---|---|---:|
| Cash Receipts | $ | 283,755 |
| (including meals tax & CC Tips) | | |
| | | |
| Cost of Sales | | |
|     Food & Supplies | $ | 46,700 |
|     Brewery Materials | $ | 15,400 |
|     Credit Card Processing Fees | $ | 6,600 |
| | $ | 68,700 |
| | | |
| Gross Profit | $ | 215,055 |
| | | |
| Operating Expenses | | |
|     Payroll & Payroll Liabilities | $ | 88,000 |
|     Advertising | $ | 350 |
|     Restaurant Supplies | $ | 300 |
|     Linen Service | $ | 2,400 |
|     Cutlery/Knife Sharpening | $ | 200 |
|     Cable TV/Internet/Music | $ | 2,800 |
|     Trivia Fees | $ | 580 |
|     Pest Control | $ | 265 |
|     Telephone System | $ | 165 |
|     Online Services/Apps | $ | 550 |
|     Freight | $ | 200 |
|     Automobile Fuel | $ | 150 |
|     Rent | $ | 25,100 |
|     Storage Fees | $ | 1,690 |
|     CAM Charges | $ | 6,610 |
|     Insurance | $ | 5,200 |
|     Facility Repairs | $ | 200 |
|     Trash Removal | $ | 1,700 |
|     Electric Utilities | $ | 3,320 |
|     Gas Utilities | $ | 1,100 |
|     Payroll Fees | $ | 250 |
|     Bank Fees | $ | 100 |
|     Legal/Accounting Fees | $ | 5,000 |
|     Misc | $ | 5,000 |
| Total Expenses | $ | 151,230 |
| | | |
| Non-Operating Expenses | | |
|     Meals Tax | $ | 15,929 |
|     Employee Tips | $ | 40,276 |
|     US Trustee Fees | $ | 325 |
| Total Non-Operating Expenses | $ | 56,530 |
| | | |
| TOTAL EXPENSES | $ | 207,760 |
| | | |
| NET INCOME | $ | 7,295 |