UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: ) | |
| ) | CHAPTER 11 |
| SOMERVILLE BREWING COMPANY ) | |
| ) | Case No. 19-13300-FJB |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that the undersigned appears as counsel for Massachusetts Growth Capital Corporation ("MGCC") and pursuant to Bankruptcy Rules 9010, 3017, and 2002; Bankruptcy Code § 1109(b); and Local Rule 9010-3 requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

     PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9010-3, the foregoing request includes not only notices and papers referred to in the rules specified above but also includes without limitation orders and notices of any application, motions, petitions, pleadings, requests, complaints or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interest of MGCC with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (c) property or proceeds thereof in possession, custody or control of MGCC, which the Debtor may seek to use; or (2) which require or seek to require any act, delivery or any property, payment or other conduct by MGCC or (3) which may otherwise affect the Debtor or the property of the Debtor.

     PLEASE TAKE FURTHER NOTICE that MGCC intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) MGCC's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) MGCC's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) MGCC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which MGCC is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, set-offs, and recoupments MGCC expressly reserves.

Respectfully submitted,

MASSACHUSETTS GROWTH
CAPITAL CORPORATION
By its attorneys,


/s/ James M. Liston
James M. Liston, BBO# 301750
jml@bostonbusinesslaw.com
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(617) 422-0200

Dated: September 30, 2019


## CERTIFICATE OF SERVICE

I, James M. Liston hereby certify that on September 30, 2019, the aforementioned document was served in the manner specified below to the parties below:

**VIA ECF**

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Nina M. Parker    nparker@parkerlipton.com, rondag@parkerlipton.com;mlipton@parkerlipton.com;jbowman@parker