

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SOMERVILLE BREWING COMPANY,<br>Debtor | Ch. 11<br>19-13300-FJB |

**Proceeding Memorandum**

**MATTER:**
#6 Emergency Motion filed by Debtor Somerville Brewing Company for Use of Cash Collateral with certificate of service. (Attachments: # 1 Exhibit A) (Parker, Nina)
#14 Limited Objection filed by Creditor Massachusetts Growth Capital Corporation. (Liston, James)
#16 Response filed by Debtor Somerville Brewing Company. (Parker, Nina)

**Decision set forth more fully as follows:**
Hearing held. Motion allowed. See separate order.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 10/2/2019