

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SOMERVILLE BREWING COMPANY,<br>Debtor | Ch. 11<br>19-13300-FJB |

### Proceeding Memorandum

**MATTER:**

#7 Emergency Motion filed by Debtor Somerville Brewing Company to Pay Pre-Petition Wages and Payroll-Related Tax Obligaitons  (Parker, Nina)

Objections due 10/2/2019 by 9:00 A.M.

**Decision set forth more fully as follows:**
Hearing held. Motion allowed. See separate order.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 10/2/2019