UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | ) |
| | ) |
| SOMERVILLE BREWING COMPANY | ) Chapter 11 |
| | ) Case No. 19-13300-FJB |
| DEBTOR | ) |
| | ) |

## ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION WAGES AND PAYROLL RELATED TAX OBLIGATIONS

This matter having come before the Court on the Motion of Somerville Brewing Company (the "Debtor") to Pay Pre-petition Wages and Payroll Related Tax Obligations (the" Payroll Motion"), and there being due and adequate notice of the Motion and the hearing thereon given to all parties entitled thereto, there being no objections raised to the allowance of the Motion and it appearing from the record that sufficient cause exists to grant the Motion, it is hereby ordered that:

1. The Debtor is hereby authorized to pay pre-petition wages and payroll related tax obligations as set forth on Exhibit 1 attached to the Payroll Motion.

It is so ordered.

Dated: October 2, 2019

_____
Honorable Frank J. Bailey
United States Bankruptcy Judge