UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> ) <br> SOMERVILLE BREWING COMPANY, ) <br>    a/k/a SLUMBREW, ) <br>    a/k/a AMERICAN FRESH BREWHOUSE, ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br><br><br><br><br> Case No. 19-13300 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned individual appears as counsel for Street Retail, Inc., creditor, in the above-captioned bankruptcy case and, pursuant to the Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010(b) and 11 U.S. C. §§ 1012(1), 342 and 1109(b), requests that copies of any and all notices given or required to be given in the Bankruptcy Proceeding and all papers served in the Bankruptcy Proceeding be given to and served upon:

      Anthony M. Moccia (BBO # 350225)
      ECKERT SEAMANS CHERIN & MELLOTT, LLC
      Two International Place, 16th Floor
      Boston, MA  02110
      Telephone:  (617) 342-6800
      Facsimile:  (617) 342-6899
      E-mail:  amoccia@eckertseamans.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, reports, pleadings, motions, applications, petitions, complaints, notices, demands, requests, operating statements, plans, disclosure statements, answers and reply papers, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic mail or other electronic means, or otherwise pertaining to the above-captioned case.

{K0809585.1}

Respectfully submitted,

**STREET RETAIL, INC.**

By its attorney,

By: _____
Anthony M. Moccia (BBO# 350225)
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA 02110
Telephone: (617) 342-6800
Facsimile: (617) 342-6899
E-mail: amoccia@eckertseamans.com

Dated: October 9, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 10-9-19

By: _____

{K0809585.1}