Dated: 10/21/2019

No objection filed. Granted.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | Chapter 11 |
| ) | Case No. 19-13300-FJB |
| **DEBTOR** ) | |
| ) | |

### APPLICATION TO EMPLOY PARKER & ASSOCIATES LLC, D/B/A PARKER & LIPTON, AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION
### SOMERVILLE BREWING COMPANY

Somerville Brewing Company (hereinafter "Debtor" Or "SBC") respectfully requests this Honorable Court to authorize the employment of Nina M. Parker and Parker & Associates LLC, d/b/a Parker & Lipton (hereafter P&L) on a general retainer in the above-referenced case. In support thereof, the Debtor states as follows:

1. The Debtor seeks an order of this Court authorizing the employment of P&L as its bankruptcy counsel in the within Chapter 11 case pursuant to Section 327 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1.

2. The Debtor has requested the authority to employ P&L due to P&L's extensive experience representing debtors and its knowledge of the Bankruptcy Code. The Debtor believes that P&L is well qualified to represent it in this Chapter 11 proceeding. The Debtor requires the retention of P&L to perform the legal services necessary to assist the Debtor in performing the duties of a debtor-in-possession.

3. The Debtor proposes to retain P&L to render various legal services, including, without limitation, the following:

   a. Advising the Debtor with respect to the rights, powers and duties as debtor-in-possession in the continued operation of the business and management of the assets;