# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE:<br><br>SOMERVILLE BREWING COMPANY,<br>    a/k/a SLUMBREW,<br>    a/k/a AMERICAN FRESH BREWHOUSE,<br>        Debtor. | Chapter 11<br>Case No. 19-13300 |

## NOTICE OF APPEARANCE ON BEHALF OF SECURED CREDITOR, CAMBRIDGE TRUST COMPANY AND REQUEST FOR ALL NOTICES

Ruberto, Israel & Weiner, P.C. hereby enters its appearance as counsel for Secured Creditor, Cambridge Trust Company. As directed by Fed. R. Bankr. P. 9010(b), the attorney's name, office address, telephone number and fax number are as follows:

> James C. Fox, Esq.
> RUBERTO, ISRAEL & WEINER, P.C.
> 255 State Street, 7th Floor
> Boston, MA 02109
> Tel.: (617) 742-4200
> Fax: (617) 742-2355
> Email: jcf@riw.com

Cambridge Trust Company hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Fed. R. Bankr. P. 2002(i), be given to it by service upon its attorney at the address shown above, and upon Mark J. Earnest, Assistant Vice President at the address below:

> Mark J. Earnest, Assistant Vice President
> Cambridge Trust Company
> 78 Blanchard Road
> Burlington, MA 01803
> Tel: 617-441-1466
> Fax: 617-864-7589
> Email: mark.earnest@cambridgetrust.com

{00851679.DOCX/1}

Pursuant to Fed. R. Bankr. P. 3017(a), Cambridge Trust Company further requests that copies of all pleadings, orders and notices filed herein by any party be served upon its attorneys at the addresses indicated above.

Respectfully submitted,

CAMBRIDGE TRUST COMPANY

By its attorneys,

*/s/ James C. Fox*
James C. Fox, Esq. BBO#548664
RUBERTO, ISRAEL & WEINER, P.C.
255 State Street, 7th Floor
Boston, MA 02109
(617) 742-4200

DATE: October 22, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: )<br>)<br>)<br>SOMERVILLE BREWING COMPANY, )<br>    a/k/a SLUMBREW, )<br>    a/k/a AMERICAN FRESH BREWHOUSE, )<br>        Debtor. )<br>) | Chapter 11<br>Case No. 19-13300 |

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2019, a true copy of the above document was served via the CM/ECF electronic notification system on all counsel of record.

INTERRA INNOVATION, INC.

By its counsel,

/s/ James C. Fox
James C. Fox, Esq. BBO#548664
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109
(617) 742-4200

{00851679.DOCX/1}3