# United States Bankruptcy Court
### District of Massachusetts

In re   **Somerville Brewing Company**                   Case No.  **19-13300**
                                  Debtor(s)                   Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President and Treasuer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 30, 2019            /s/ Jeffrey Leiter
                                                  **Jeffrey Leiter**/**President and Treasuer**
                                                  Signer/Title

```
35 Medford Owner, LLC
53 Maple Avenue
Morristown, NJ 07960

Adam Dash and Associates
48 Grove Street, Ste. 304
Somerville, MA 02144

NuCo2
P.O. Box 9011
Stuart, FL 34995
```