UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
In Re:                               )
                                     )
SOMERVILLE BREWING COMPANY           )    Chapter 11
                                     )    Case No. 19-13300-FJB
DEBTOR                               )
_____ )

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I served a true and correct copy of the Objection of Massachusetts Growth Capital Corporation to Debtor's Motion to Extend Use Cash and Non-Cash Collateral on the individuals and entities described below:

**Via the Court's ECF System:**

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

James C. Fox on behalf of Creditor Cambridge Trust Company
jim_fox@riw.com, jcf@riw.com

Honor S. Heath on behalf of Creditor NStar Electric Company
honor.heath@eversource.com, honor.heath@hotmail.com

James M. Liston on behalf of Creditor Massachusetts Growth Capital Corporation
jml@bostonbusinesslaw.com

Anthony M. Moccia on behalf of Creditor Street Retail, Inc.
amoccia@eckertseamans.com

Nina M. Parker on behalf of Debtor Somerville Brewing Company
nparker@parkerlipton.com,
rondag@parkerlipton.com;mlipton@parkerlipton.com;jbowman@parkerlipton.com

Rion Vaughan on behalf of Creditor Cambridge Trust Company
rmv@riw.com

                                       /s/ James M. Liston
                                       James M. Liston

2