

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| *In re:* | |
|---|---|
| SOMERVILLE BREWING COMPANY, <br> Debtor | Ch. 11 <br> 19-13300-FJB |

## Proceeding Memorandum And Order

**MATTER:**
#6 Emergency Motion filed by Debtor Somerville Brewing Company for Use of Cash Collateral (Parker, Nina)
#14 Limited Objection filed by Creditor Massachusetts Growth Capital Corporation(Liston, James)
#16 Response filed by Debtor Somerville Brewing Company. (Parker, Nina)

42 Motion filed by Debtor Somerville Brewing Company to Extend Use of Cash and Non-Cash Collateral  (Parker, Nina).
#54 Objection filed by Creditor Massachusetts Growth Capital (Liston, James)

**Decision set forth more fully as follows:**
Hearing held. The parties reported the Objection of Creditor Massachusetts Growth Capital Corporation as been resolved. The parties shall submit a proposed order by 4:30 P.M. on November 4, 2019.

A further hearing shall be held on [#42] Motion for use of Cash and non-cash collateral on December 18, 2019 at 9:30 A.M. Any and all objections filed be filed with the Court by 12:00 Noon on November 16, 2019.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 11/4/2019