**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

### NOTICE OF CREDITOR'S CHANGE OF MAILING ADDRESS

Now comes counsel to the Debtor, Somerville Brewing Company, and hereby notifies this Honorable Court and all parties that effective immediately, the following creditor's address has changed:

**Original Address**                **Changed Address**

Micahel Fox                          Michael Fox
Cloverdale #16                       Point Shares Cottage
60 South Road                        #4 Point Shares Road
Devonshire, FL05   Bermuda           Pembroke  HM05   Bermuda

Respectfully submitted,
**Somerville Brewing Company,**
By its attorney,

Dated:  November 5, 2019             /s/ Nina M. Parker
                                     Nina M. Parker (BBO #389990)
                                     Marques C. Lipton (BBO #676087)
                                     Parker & Lipton
                                     Parker & Associates LLC
                                     10 Converse Place, Suite 201
                                     Winchester, MA 01890
                                     (781)729-0005
                                     nparker@parkerlipton.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Nina M. Parker, do hereby certify that I have given either electronic notice and/or mailed, postage prepaid, copies of **Notice of Creditor's Change of Mailing Address** to the parties listed on the annexed service list.

Dated:  November 5, 2019              /s/ Nina M. Parker
                                      Nina M. Parker (BBO #389990)
                                      Marques C. Lipton (BBO #676087)
                                      Parker & Lipton
                                      Parker & Associates LLC
                                      10 Converse Place, Suite 201
                                      Winchester, MA 01890
                                      (781)729-0005
                                      nparker@parkerlipton.com

**Electronic Mail Notice List**

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Honor S. Heath    honor.heath@eversource.com, honor.heath@hotmail.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com

**Manual Notice List**

Michael Fox
Point Shares Cottage
4 Point Shares Road
Pembroke  HM05  Bermuda

**Via Email**

Somerville Brewing Company, c/o Jeff Leiter, President