

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

SOMERVILLE BREWING COMPANY,
Debtor

Ch. 11
19-13300-FJB

**Order**

**MATTER:**

#36 Motion filed by Debtor Somerville Brewing Company for Continuation of Utility Service

ORDER:  Good cause having been stated, and the sole objection having been withdrawn, the Court hereby grants the Motion of Debtor Somerville Brewing Company ("the Debtor") for Continuation of Utility Service [doc. #36] ("the Motion") as follows:

(1) the method of providing adequate assurance of payment for postpetition utility services that is proposed by the Debtor in the Motion is hereby approved; and

(2) Eversource and National Grid are hereby prohibited from unilaterally altering, refusing, or discontinuing utility services to the Debtor so long as the Debtor is complying with this procedure, subject to subsequent modification by the Court after notice and hearing.

The 11/19/2019 hearing on the Motion is canceled as unnecessary.

By the Court,

*[signature]*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 11/12/2019