# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

## NON-ADVERSARIAL MOTION FOR
## AN ORDER ESTABLISHING A BAR DATE

Somerville Brewing Company, the Debtor and Debtor-in-Possession (the "Debtor") in the above-captioned case, respectfully moves that the Court, pursuant to Rule 3003 of the Rules of Bankruptcy Procedure, for an Order establishing January 10, 2020, as the date by which all creditors required by Rule 3003 to file Proofs of Claims, including those creditors holding disputed, contingent or unliquidated claims or interests, must file their Proofs of Claim or be forever barred from asserting said claims or interests. In support of this Motion, the Debtor states as follows:

1. On September 27, 2019 (the "Petition Date"), the Debtor filed a petition under Chapter 11 of the United States Bankruptcy Code (the "Code"), 11 U.S.C., §§101 et seq., commencing the above-referenced Chapter 11 case (the "Chapter 11 case").

2. Since the commencement of the Chapter 11 case, the Debtor has continued to manage its business as Debtor-in-Possession, pursuant to §1107(a) of the Code.

3. Establishing a bar date will assist in determining with some degree of certainty the debts of the estate.

4.  Notice of the within Motion has been given to all parties who have filed notices of appearances in the case. In the event that the Motion is allowed, a copy of the notice annexed hereto will be forwarded to all known creditors of the Debtor.

WHEREFORE, the Debtor respectfully requests that this Court establish January 10, 2020 at 4:30 p.m. as the date by which all creditors, including those holding disputed contingent and unliquidated claims, must file a Proof of Claim with the Bankruptcy Court and that said Motion be allowed without need of a hearing or in the alternative that a hearing date be assigned at a convenient date for the Court.

Respectfully submitted,
Somerville Brewing Company,
By its attorney,

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

Dated: November 12, 2019

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Nina M. Parker, do hereby certify that I have given either electronic notice and/or mailed, postage prepaid, copies of **Non-Adversarial Motion for an Order Establishing a Bar Date** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

Dated: November 12, 2019

**Electronic Mail Notice List**

- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Honor S. Heath    honor.heath@eversource.com, honor.heath@hotmail.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com

**Via Email Notice List**

Somerville Brewing Company, c/o Jeffrey Leiter, President