UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| SOMERVILLE BREWING COMPANY ) | Chapter 11 |
| ) | Case No. 19-13300-FJB |
| DEBTOR ) | |
| ) | |

## RECONCILIATION REPORT FOR OCTOBER 2019

Somerville Brewing Company ("Somerville Brewing"), as provided for in the *Debtor's Motion to Extend Use of Cash and Non-Cash Collateral* and the *Budget* attached to the *Cash Collateral Motion* as Exhibits A and B (the "Cash Collateral Motion" and the "Budget")) [Doc. No. 42] and the *Assented to Order Regarding Adequate Protection and Use of Cash Collateral* (the " Second Interim Cash Collateral Order") [Doc. 63] entered on November 6, 2019, the Debtor submits the Reconciliation Report for the period of the Petition Date through October 31, 2019.

The Debtor continues to address the matters with regard to operating in a Chapter 11 as it pursues the restructuring of its obligations through Chapter 11.

Respectfully submitted,
**Somerville Brewing Company**
By its attorney,

Dated: November 15, 2019

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

Somerville Brewing Company
October 2019 30 Day Budget Reconciled to End of Month

|  | 9/27-10/26 Budget | 9/27-10/31 Actual | % Dif |
|---|---:|---:|---:|
| Cash Receipts (including meals tax & CC Tips) | $ 283,755 | $ 279,092 | -2% |
|  |  |  |  |
| Cost of Sales |  |  |  |
|     Food & Supplies | $ 46,700 | $ 42,403 | -9% |
|     Brewery Materials | $ 15,400 | $ 15,815 | 3% |
|     Credit Card Processing Fees | $ 6,600 | $ 3,943 | -40% |
|  | $ 68,700 | $ 62,161 | -10% |
|  |  |  |  |
| Gross Profit | $ 215,055 | $ 216,931 | 1% |
|  |  |  |  |
| Operating Expenses |  |  |  |
|     Payroll & Payroll Liabilities | $ 88,000 | $ 85,958 | -2% |
|     Advertising | $ 350 | $ 606 | 73% |
|     Restaurant Supplies | $ 300 | $ 1,331 | 344% |
|     Linen Service | $ 2,400 | $ 2,544 | 6% |
|     Cutlery/Knife Sharpening | $ 200 | $ 127 | -37% |
|     Cable TV/Internet/Music | $ 2,800 | $ 2,335 | -17% |
|     Trivia Fees * | $ 580 | $ 1,365 | 135% |
|     Pest Control | $ 265 | $ 265 | 0% |
|     Telephone System | $ 165 | $ 162 | -2% |
|     Online Services/Apps | $ 550 | $ 339 | -38% |
|     Freight | $ 200 | $ 470 | 135% |
|     Automobile Fuel | $ 150 | $ 141 | -6% |
|     Rent | $ 25,100 | $ 25,095 | 0% |
|     Storage Fees | $ 1,690 | $ 1,803 | 7% |
|     CAM Charges | $ 6,610 | $ 6,610 | 0% |
|     Insurance | $ 5,200 | $ 2,735 | -47% |
|     Facility Repairs | $ 200 | $ - | -100% |
|     Trash Removal | $ 1,700 | $ 1,400 | -18% |
|     Electric Utilities | $ 3,320 | $ - | -100% |
|     Gas Utilities | $ 1,100 | $ - | -100% |
|     Payroll Fees | $ 250 | $ 440 | 76% |
|     Bank Fees | $ 100 | $ 544 | 444% |
|     Legal/Accounting Fees | $ 5,000 | $ - | -100% |
|     Misc | $ 5,000 | $ 3,186 | -36% |
| Total Expenses | $ 151,230 | $ 137,456 | -9% |
|  |  |  |  |
| Non-Operating Expenses |  |  |  |
|     Meals Tax ** | $ 15,929 | $ - | -100% |
|     Employee Tips | $ 40,276 | $ 40,050 | -1% |
|     US Trustee Fees | $ 325 | $ 325 | 0% |
| Total Non-Operating Expenses | $ 56,530 | $ 40,375 | -29% |
|  |  |  |  |
| TOTAL EXPENSES | $ 207,760 | $ 177,831 | -14% |
|  |  |  |  |
| NET INCOME | $ 7,295 | $ 39,100 | 436% |

\* The budget for Trivia Fees was originally miscalculated. Fees are typically $300-350 per week.

\*\* Meals Tax for this period is due and will be paid on or before Nov 20.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | Chapter 11 |
| ) | Case No. 19-13300-FJB |
| **DEBTOR** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Nina M. Parker, do hereby certify that I have given either electronic notice, fax notice, and/or mailed, postage prepaid, copies **Reconciliation Report for Petition Date through October 31, 2019** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

DATED:    November 15, 2019

**Electronic Mail Notice List**

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com