

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SOMERVILLE BREWING COMPANY, <br>     Debtor | Ch. 11 <br> 19-13300-FJB |

### Order

**MATTER:**

#64 Motion filed by Creditors Marisa Braga Tauro, William B. Tauro for Relief from Stay Re: Lawsuit in Middlesex County Superior Court- Woburn, Docket Number 1881CV02227

Denied without prejudice.  It appears that the moving attorney is not admitted to practice in the U.S. District Court, of which this court is a division.  See MLBR 9010-1(d) and (f).

By the Court,

*[signature]*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 11/20/2019