# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (BOSTON)

In re:

SOMERVILLE BREWING COMPANY

Debtor.

_____/

Case No. 19-13300
Chapter 11
Hon. Frank J. Bailey

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Paul R. Hage ("Hage") moves for and requests admission *pro hac vice* to appear in this action on behalf of Crestmark Vendor Finance, a division of MetaBank (hereafter "Crestmark"), and in support thereof states the following:

1. Hage is a partner with the law firm of Jaffe Raitt Heuer & Weiss, P.C., 27777 Franklin Road, Suite 2500, Southfield, MI 48034; (248) 351-3000; (248) 351-3082 (Fax).

2. Hage is licensed to practice and is an active member in good standing in the State Bar of Michigan since 2007, State Bar No. P70460, pursuant to the records maintained by the State Bar of Michigan, Michael Franck Building, 306 Townsend Street, Lansing, MI 48933.

3. In addition, Hage has been admitted to practice before the U.S. Bankruptcy Court for the Eastern District of Michigan and the U.S. Bankruptcy Court for the Western District of Michigan since 2007 and is in good standing in each of these courts.

4. Hage is also admitted to practice before the Supreme Court of the United States.

5. Hage is not currently suspended or disbarred by any court or jurisdiction.

6. No grievances or criminal matters are pending against Hage.

**WHEREFORE,** the undersigned requests that the Court enter the proposed order attached hereto as **Exhibit 1** granting permission for Hage to appear, *pro hac vice,* in the above-captioned bankruptcy case on behalf of Crestmark.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (*pro hac vice* pending)
27777 Franklin, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

*Counsel to Crestmark*

Dated: November 18, 2019

4664452.v1

## **Exhibit 1**
**(Proposed Order)**

4664452.v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:

SOMERVILLE BREWING COMPANY

Debtor.

_____/

Case No. 19-13300
Chapter 11
Hon. Frank J. Bailey

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Paul R. Hage to be admitted *pro hac vice* to represent Crestmark Vendor Finance, a division of MetaBank (hereafter "Crestmark"), a secured creditor in the above-referenced proceeding:

**IT IS HEREBY ORDERED THAT**

1. Paul R. Hage is admitted to practice, *pro hac vice*, in the above-referenced proceeding to represent Crestmark.

**SO ORDERED**

_____
U.S. Bankruptcy Judge

4664452.v1