Dated: 11/26/2019

Granted. No objections filed.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

**MOTION TO AMEND LIST OF EQUITY SECURITY HOLDERS**

NOW COMEs the debtor, Somerville Brewing Company, and respectfully moves this Honorable Court to amend its List of Equity Security Holders. As reasons therefore, the Debtor states the following:

1. On September 27, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

2. The Debtor filed its List of Equity Security Holders on October 30, 2019.

3. The Debtor has amended its List of Equity Security Holders to add Caitlin M. Jewell, Eric Haller and Jeffrey Leiter, as they were inadvertently omitted from the previously filed List of Equity Security Holders.