

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SOMERVILLE BREWING COMPANY,<br>Debtor | Ch. 11<br>19-13300-FJB |

### Order

**MATTER:**
#84 Motion filed by Paul R. Hage to Appear pro hac vice for Creditor Crestmark Vendor Finance.

ORDER: Leave to appear pro hac vice is hereby granted.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 12/9/2019