## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

SOMERVILLE BREWING COMPANY

    Debtor

_____/

Case No. 19-13300
Chapter 11
Hon. Frank J. Bailey

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned firm of attorneys are appearing for Crestmark Vendor Finance, a division of MetaBank. The undersigned requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address and telephone number:

Paul R. Hage
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@jaffelaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

4713608.v1

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (PHV70460aty)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
Facsimile: (248) 351-3082
phage@jaffelaw.com

*Counsel for Crestmark Vendor Finance, a division of MetaBank*

Dated: December 16, 2019

4713608.v1