

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SOMERVILLE BREWING COMPANY,<br>　　Debtor | Ch. 11<br>19-13300-FJB |

**Proceeding Memorandum and Order**

**MATTER:**
Continued hearing:
#42 Motion filed by Debtor Somerville Brewing Company to Extend Use of Cash and Non-Cash Collateral (Parker, Nina).
#54 Objection filed by Creditor Massachusetts Growth Capital (Liston, James)
#77 Supplemental Document: Reconciliation Report for October 2019 (Parker, Nina).
#93 Reconciliation Report for November 2019 filed by the Debtor
#94 Limited Objection filed by Creditor Massachusetts Growth Capital Corporation (Liston, James)
#99 Withdrawal of [94] Limited Objection filed by Creditor Massachusetts Growth Capital Corporation

**Decision set forth more fully as follows:**
Hearing held. For the reasons stated on the record, the Debtor is authorized use of Cash Collateral and Non-Cash Collateral on an interim basis through February 19, 2020, pursuant to the same terms and conditions as previously allowed. On or before 4:30 p.m on February 5, 2020, the Debtor shall file a further Motion for Use of Cash Collateral and Non-Cash Collateral and the Court shall hold a hearing on February 19, 2020, at 11:30 a.m. Any and all objections shall be filed on or before February 14, 2020 by 4:30 p.m. . The Debtor is directed to submit a proposed order by 4:30 p.m. on December 19, 2019.

In the event the Debtor files an assented to Motion for Use of Cash Collateral and Non-Cash Collateral, the Court may cancel the hearing.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 12/18/2019