

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SOMERVILLE BREWING COMPANY, <br> Debtor | Ch. 11 <br> 19-13300-FJB |

### Order

**MATTER:**

#117; Motion filed by Creditors Marisa Braga Tauro, William B. Tauro to Continue Hearing Re: 106 Motion for Relief From Stay

Granted. The hearing is continued to March 3, 2020, at 10:30 A.M.

By the Court,

*/s/ Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 1/27/2020