**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

## RECONCILIATION REPORT FOR JANUARY 2020

Somerville Brewing Company ("Somerville Brewing"), as provided for in the *Debtor's Motion to Extend Use of Cash and Non-Cash Collateral* and the *Budget* attached to the *Cash Collateral Motion* as Exhibits A and B (the "Cash Collateral Motion" and the "Budget")) [Doc. No. 42] and the *Assented to Further Order Regarding Adequate Protection and Use of Cash Collateral* (the " Third Interim Cash Collateral Order") [Doc. 100] entered on December 18, 2019, the Debtor submits the Reconciliation Report for the period of the January, 2020 through January 31, 2020.

The Debtor continues to address the matters with regard to operating in a Chapter 11 as it pursues the restructuring of its obligations through Chapter 11. As to the discrepancies, the Debtor notes that the reason for January is typically the month with the lowest revenues, and this January there was the difficulty, that there were five payroll periods. The shortfall in revenues resulted in the diminution of cash which the Debtor hopes to recover from in February, while continuing its efforts to sell its business operations, which the broker has advised that there continues to be interest although no offers have yet been received.

It is anticipated that February 2020 will meet the projections while continuing to market the sale of its businesses.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**Somerville Brewing Company**<br>By its attorney, |
| Dated: February 18, 2020 | /s/ Nina M. Parker<br>Nina M. Parker (BBO #389990)<br>Marques C. Lipton (BBO #676087)<br>Parker & Lipton<br>Parker & Associates LLC<br>10 Converse Place, Suite 201<br>Winchester, MA 01890<br>(781)729-0005<br>nparker@parkerlipton.com |

Somerville Brewing Company
January 2020 Budget Reconciled

|  | 1/1-1/31/2020 Budget | Actual |
|---|---:|---:|
| Cash Receipts (including meals tax & CC Tips) | $ 290,800 | $ 208,543 |
| **Cost of Sales** | | |
| Food & Supplies | $ 37,804 | $ 33,808 |
| Brewery Materials | $ 9,500 | $ 6,278 |
| Credit Card Processing Fees | $ 6,776 | $ 4,856 |
|  | $ 54,080 | $ 44,942 |
| **Gross Profit** | $ 236,720 | $ 163,601 |
| **Operating Expenses** | | |
| Payroll & Payroll Liabilities | $ 114,000 | $ 114,839 |
| Advertising | $ 800 | $ 1,108 |
| Restaurant Supplies | $ 300 | $ 278 |
| Linen Service | $ 2,200 | $ 1,634 |
| Cutlery/Knife Sharpening | $ 200 | $ 174 |
| Cable TV/Internet/Music | $ 2,800 | $ 1,349 |
| Trivia Fees | $ 1,400 | $ 1,350 |
| Pest Control | $ 265 | $ 190 |
| Telephone System | $ 165 | $ 165 |
| Online Services/Apps | $ 550 | $ 513 |
| Freight | $ 200 | $ 188 |
| Automobile Fuel | $ 150 | $ 105 |
| Rent | $ 25,274 | $ 25,274 |
| Storage Fees | $ 1,690 | $ 1,496 |
| CAM Charges | $ 5,309 | $ 5,341 |
| Insurance | $ 4,700 | $ 4,878 |
| Facility Repairs | $ 350 | $ 131 |
| Trash Removal | $ 1,700 | $ 1,411 |
| Electric Utilities | $ 2,600 | $ 2,461 |
| Gas Utilities | $ 950 | $ 1,018 |
| Payroll Fees | $ 250 | $ 2,021 |
| Bank Fees | $ 150 | $ 271 |
| Excise Taxes | $ 180 | $ 130 |
| License/Permit Fees | $ - | $ - |
| Legal/Accounting Fees | $ 5,000 | |
| Misc | $ 5,000 | $ 5,133 |
| **Total Expenses** | $ 176,183 | $ 171,458 |
| **Non-Operating Expenses** | | |
| Meals Tax | $ 16,324 | $ 11,265 |
| Employee Tips | $ 41,276 | $ 30,678 |
| US Trustee Fees | $ 1,625 | $ - |
| **Total Non-Operating Expenses** | $ 59,225 | $ 41,943 |
| **TOTAL EXPENSES** | $ 235,408 | $ 213,401 |
| **NET INCOME** | $ 1,312 | $ (49,800) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | Chapter 11 |
| ) | Case No. 19-13300-FJB |
| **DEBTOR** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Nina M. Parker, do hereby certify that I have given either electronic notice, fax notice and/or mailed, postage prepaid, copies of the **Reconciliation Report for January 1 – January 31, 2020** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

DATED:    February 18, 2020

**Electronic Mail Notice List**

- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Paul R, Hage    phage@jaffelaw.com
- Honor S. Heath    honor.heath@eversource.com, honor.heath@hotmail.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com