

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SOMERVILLE BREWING COMPANY,<br>     Debtor | Ch. 11<br>19-13300-FJB |

## Proceeding Memorandum

**MATTER:**
#114 Assented To Motion filed by Debtor Somerville Brewing Company for Use of Cash Collateral (Parker, Nina)
#124 Reconciliation Report for January 2020 filed by Debtor Somerville Brewing Company (Parker, Nina)

**Decision set forth more fully as follows:**
Hearing held. For the reasons stated on the record, the Debtor is authorized use of Cash Collateral on an interim basis through May 5, 2020 pursuant to the same terms and conditions as previously allowed. On or before 4:30 p.m on April 20, 2020, the Debtor shall file a further Motion for Use of Cash Collateral and the Court shall hold a hearing on May 5, 2020, at 9:15 a.m. Any and all objections shall be filed on or before April 30, 2020 by 4:30 p.m. The Debtor is directed to submit a proposed order by 4:30 p.m. on February 21, 2020.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 2/19/2020