

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* SOMERVILLE BREWING COMPANY, Debtor | Ch. 11 19-13300-FJB |

## Proceeding Memorandum and Order

**MATTER:**
Rescheduled Hearing:
#106 Motion filed by Creditors Marisa Braga Tauro, William B. Tauro for Relief from Stay Re: pending civil matter (H. Brook Whelan)
#109 Limited Objection filed by the Debtor (Parker, Nina)

**Decision set forth more fully as follows:**
Hearing held. For the reasons stated on the record, the motion is denied without prejudice. The current motion fails to identify any cause as required by 11 U.S.C. section 362(d)(1).

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 3/3/2020