**Fill in this information to identify the case:**

Debtor name: **Somerville Brewing Company**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): **19-13300**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $ **1,630,296.79**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ **1,630,296.79**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ **1,357,437.57**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **176,690.86**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **1,499,027.03**

4. **Total liabilities** ....................................................................................................................... $ **3,033,155.46**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Somerville Brewing Company**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): **19-13300**

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of Unemployment Assistance**<br>**Charles F. Hurley Building**<br>**19 Staniford Street**<br>**Boston, MA 02114**<br><br>Date or dates debt was incurred<br>**2018**<br><br>Last 4 digits of account number **1368**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Unemployment Contributions**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $6,690.86 | $6,690.86 |
| 2.2 | Priority creditor's name and mailing address<br>**Massachusetts Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 9564**<br>**Boston, MA 02114**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Meals Tax**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $170,000.00 | $170,000.00 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Somerville Brewing Company** | Case number (if known) | **19-13300** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**35 Medford Owner, LLC**<br>**53 Maple Avenue**<br>**Morristown, NJ 07960**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,534.02** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**A.I.M. Mutual Insurance Companies**<br>**54 Third Avenue**<br>**P.O. Box 4070**<br>**Burlington, MA 01803**<br><br>Date(s) debt was incurred  **11/14/2019**<br>Last 4 digits of account number  **018A** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Workers Compensation Insurance**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,617.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Adam Dash and Associates**<br>**48 Grove Street, Ste. 304**<br>**Somerville, MA 02144**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,296.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Amy Chan**<br>**8 Boundary Terrace,  Lwr North Apt #1**<br>**Devonshire,  FL02          Bermuda**<br><br>Date(s) debt was incurred  **1/17/2017**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,000.00** |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**Art in Etch**<br>**48 Dunstable Road**<br>**Westford, MA 01886**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,000.00** |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>**Bill Bailey**<br>**30 North Shore Road**<br>**Smiths, FL03          Bermuda**<br><br>Date(s) debt was<br>incurred  **5/26/2015 and 10/20/2016**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loans**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>**Boston Gourmet Chefs, Inc.**<br>**P.O. Box 883**<br>**Framingham, MA 01701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$958.42** |

| Debtor | **Somerville Brewing Company** | Case number (if known) | **19-13300** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Brookline Ice Company, Inc.**<br>**225 Southampton Street**<br>**Boston, MA 02118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,072.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Callahan AC and Heating Services**<br>**91 Belmont Street**<br>**North Andover, MA 01845**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$295.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**City of Somerville**<br>**Office of Strategic Planning**<br>**  and Community Development**<br>**93 Highland Avenue**<br>**Somerville, MA 02143**<br><br>Date(s) debt was incurred  **7/30/2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loan**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$99,528.45** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Devin McNeil**<br>**48 Dunstable Road**<br>**Westford, MA 01886**<br><br>Date(s) debt was incurred  **3/4/2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loan**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$10,000.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**DWS Printing**<br>**89 N. Industry Court**<br>**Deer Park, NY 11729**<br><br>Date(s) debt was incurred  **2/24/2019**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$15,610.04** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Edelstein and Company**<br>**160 Federal Street, 9th Floor**<br>**Boston, MA 02110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$8,273.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Eric and Gwen Haller**<br>**Overlook**<br>**8 Skyline Road**<br>**Smiths FL   Bermuda**<br><br>Date(s) debt was incurred  **10/10/2018, 5/26/2015,**<br>**1/4/2016, 10/20/2016**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loans**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$421,500.00** |

Debtor **Somerville Brewing Company**  Case number (if known) **19-13300**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.15 | **Eversource**<br>P.O. Box 56007<br>Boston, MA 02205<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $3,312.93 |
| 3.16 | **Falvey Linen Supply**<br>23 Walpole Park S. Dr., Unit 6<br>Walpole, MA 02081<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,342.43 |
| 3.17 | **Gennari Aronson, LLP**<br>250 First Avenue, Suite 200<br>Needham Heights, MA 02494<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $22,956.63 |
| 3.18 | **Horace-Ward, LLC**<br>15 Ward Street<br>Somerville, MA 02143<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | $27,210.93 |
| 3.19 | **Iggy's**<br>130 Fawcett Street<br>Cambridge, MA 02138<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $507.50 |
| 3.20 | **James Clark**<br>c/o JLS Mailing Services<br>672 Crescent Street<br>Brockton, MA 02302<br><br>Date(s) debt was incurred **9/22/2017**<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $67,500.00 |
| 3.21 | **James S. Altschuler**<br>**Mona K. Altschuler**<br>27 Hathaway Road<br>Lexington, MA 02420<br><br>Date(s) debt was incurred **2/27/2015**<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |

| Debtor | **Somerville Brewing Company** | Case number (if known) | **19-13300** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Jill McGaffigan**<br>**36 Glen Road**<br>**Winchester, MA 01890**<br><br>Date(s) debt was incurred  **11/17/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,000.00** |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Karl Dias**<br>**94 Wason Street**<br>**Medford, MA 02155**<br><br>Date(s) debt was incurred  **2/27/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Kathleen A. Kennedy 2000 Trust**<br>**c/o Marty Whalen and Kathleen Kennedy**<br>**472 East County Road 1000 North**<br>**La Porte, IN 46350**<br><br>Date(s) debt was incurred  **3/1/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200,000.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Katsiroubas Bros.**<br>**P.O. Box 220**<br>**Readville, MA 02137**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,551.82** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Langer and McLaughlin, LLP**<br>**535 Boylston Street, 3rd Floor**<br>**Boston, MA 02116**<br><br>Date(s) debt was incurred  **10/3/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17,208.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Laurence J. Slotnick**<br>**94 Grafton Street**<br>**Arlington, MA 02474**<br><br>Date(s) debt was incurred  **2/27/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,000.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Lifting Mind Inc.**<br>**36 Glen Road**<br>**Winchester, MA 01890**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,450.00** |

| Debtor | **Somerville Brewing Company** | Case number (if known) | 19-13300 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Linda Leiter**<br>**33 Churchill Avenue**<br>**Arlington, MA 02476**<br><br>Date(s) debt was incurred **6/30/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | $6,953.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Lisa LeBlanc**<br>**9 Loquat Lane**<br>**Smiths, FL08      Bermuda**<br><br>Date(s) debt was incurred **1/11/2016, 12/5/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loans**<br>Is the claim subject to offset? ■ No  ☐ Yes | $40,000.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**McDermott, Quilty and Miller LLP**<br>**28 State Street, Ste. 802**<br>**Boston, MA 02109**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Legal Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,341.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Melissa Morton**<br>**140 Broadway**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred **10/20/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,000.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Michael Fox**<br>**Point Shares Cottage**<br>**4 Point Shares Road**<br>**Pembroke  HM05    Bermuda**<br><br>Date(s) debt was incurred **10/20/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Michael McNeil**<br>**Mary Jo McNeil**<br>**48 Dunstable Road**<br>**Westford, MA 01886**<br><br>Date(s) debt was incurred **6/30/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | $22,367.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Michael Warren Benson**<br>**Burnbridge**<br>**11 Gibbs Hill Road**<br>**Southampton, SN02    Bermuda**<br><br>Date(s) debt was incurred **10/20/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,000.00 |

| Debtor | **Somerville Brewing Company** | Case number (if known) | **19-13300** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**National Grid**<br>**Attn: Bankruptcy Department**<br>**300 Erie Boulevard West**<br>**Syracuse, NY 13202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utilities<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,568.84 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Northeast Cutlery**<br>**244 Ash Street**<br>**Reading, MA 01867**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $105.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**NuCo2**<br>**P.O. Box 9011**<br>**Stuart, FL 34995**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $785.50 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Pauline Betty**<br>**39 Taylor Drive, Unit 3010**<br>**Reading, MA 01867**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $10,140.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Paypal Working Capital**<br>**Attn: Executive Escalation**<br>**P.O. BOx 5018**<br>**Lutherville Timonium, MD 21094**<br><br>Date(s) debt was incurred  1/7/2019<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $13,377.81 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Performance Food Service**<br>**P.O. Box 3024**<br>**Springfield, MA 01104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $25,664.99 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Peter Schmidt**<br>**Hollie Schmidt**<br>**2 Ewell Avenue**<br>**Lexington, MA 02421**<br><br>Date(s) debt was incurred  1/30/2015<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $20,000.00 |

Debtor **Somerville Brewing Company**      Case number (if known) **19-13300**
      Name

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Richard Foster**<br>**Lelani Foster**<br>**29 Hathaway Road**<br>**Lexington, MA 02420**<br><br>Date(s) debt was incurred **2/27/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Rick McNeil**<br>**Carol McNeil**<br>**48 Dunstable Road**<br>**Westford, MA 01886**<br><br>Date(s) debt was incurred **6/30/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,857.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**River Drive**<br>**600 Narragansett Tri**<br>**Buxton, ME 04093**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,588.28** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Russel O'Brian**<br>**c/o JLS Mailing Services**<br>**672 Crescent Street**<br>**Brockton, MA 02302**<br><br>Date(s) debt was incurred **9/22/2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,500.00** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Save That Stuff, Inc.**<br>**200 Terminal Street**<br>**Charlestown, MA 02129**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$232.29** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Scott Mullen**<br>**68 Henderson Street**<br>**Arlington, MA 02474**<br><br>Date(s) debt was incurred **2/27/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Spinning Wheels Express**<br>**c/o Adcco, Inc.**<br>**152 Lynnway, Ste. 2-D**<br>**Lynn, MA 01902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.00** |

| Debtor | Somerville Brewing Company | Case number (if known) | 19-13300 |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,614.00 |
|---|---|---|---|
| | Street Retail, Inc.<br>Lockbox #9320<br>P.O. Box 8500<br>Philadelphia, PA 19178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/1/2019 | Basis for the claim:  Rent - Assembly Square | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|
| | The Marguerite H. McNeil<br> Irrevocable Trust<br>48 Dunstable Road<br>Westford, MA 01886 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/11/2017 | Basis for the claim:  Loan | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,665.20 |
|---|---|---|---|
| | The O'Keefe Group, Inc.<br>17 Bank Street<br>P.O. Box 1240<br>Attleboro, MA 02703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,611.08 |
|---|---|---|---|
| | Tonneson and Company<br>401 Edgewater Place, Suite 300<br>Wakefield, MA 01880 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,115.00 |
|---|---|---|---|
| | U-Haul Moving and Storage<br>600 Mystic Valley Parkway<br>Somerville, MA 02144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,756.87 |
|---|---|---|---|
| | United Service Company<br>422A Boston Street<br>Topsfield, MA 01983 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | William Tauro<br>Marisa L. Tauro<br>60 Ferncroft Road<br>Tewksbury, MA 01876 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Somerville Brewing Company** | Case number (if known) | **19-13300** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mark Lindner**<br>**P.O. Box 327**<br>**Randolph, MA 02368** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **National Grid**<br>**P.O. Box 11735**<br>**Newark, NJ 07101** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Street Retail, Inc.**<br>**c/o Anthony M. Moccia**<br>**Two International Place, 16th Floor**<br>**Boston, MA 02110** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 176,690.86 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 1,499,027.03 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,675,717.89 |

# United States Bankruptcy Court
### District of Massachusetts

In re  **Somerville Brewing Company**                                               Case No.  **19-13300**
                                    Debtor(s)                                       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President and Treasuer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March  6, 2020**                          **/s/ Jeffrey Leiter**
                                                   **Jeffrey Leiter**/**President and Treasuer**
                                                   Signer/Title

# AMENDED CREDITORS MATRIX

35 Medford Owner, LLC
53 Maple Avenue
Morristown, NJ 07960

A.I.M. Mutual Insurance Companies
54 Third Avenue
P.O. Box 4070
Burlington, MA 01803

Adam Dash and Associates
48 Grove Street, Ste. 304
Somerville, MA 02144

NuCo2
P.O. Box 9011
Stuart, FL 34995

U-Haul Moving and Storage
600 Mystic Valley Parkway
Somerville, MA 02144