**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Nina Parker, hereby certify that I have given either electronic notice and/or mailed, postage prepaid a copies of the **Motion to Amend Summary of Schedules, Schedule F and Creditors Matrix** and **Amended Summary of Schedules, Amended Schedule F and Amended Creditors Matrix** to the parties listed on the annexed service list.

Dated: March 6, 2020

/s/ Nina M. Parker
Nina M. Parker (BBO # 389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker and Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

**VIA ECF**

- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Paul R, Hage    phage@jaffelaw.com
- Honor S. Heath    honor.heath@eversource.com, honor.heath@hotmail.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com

**Via Email**

Somerville Brewing Company

**Via Regular Mail**

35 Medford Owner, LLC.
53 Maple Avenue
Morristown, NJ 07960

A.I.M. Mutual Insurance Companies
54 Third Avenue
P.O. Box 4070
Burlington, MA 01803

Adam Dash and Associates
48 Grove Street, Suite 304
Somerville, Ma 02144

NuCo2
P.O. Box 9011
Stuart, FL 34995

U-Haul Moving and Storage
600 Mystic Valley Parkway
Somerville, MA 02144