**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | Chapter 11 |
| ) | Case No. 19-13300-FJB |
| **DEBTOR** ) | |
| ) | |

**ORDER ON THIRD MOTION SEEKING EXTENSION OF DEBTOR'S RIGHT TO**
**USE OF CASH COLLATERAL AND OFFER OF ADEQUATE PROTECTION**

This matter having come before the Court upon the *Third Motion Seeking Extension of Debtor's Right to Use Cash Collateral Pursuant to Supplemental Budget* (the "Third Motion for Extension"), filed by Somerville Brewing Company, the above-captioned Chapter 11 Debtor (the "Debtor") pursuant to which the Debtor requests authorization, pursuant to sections 361 and 363(c) of the Bankruptcy Code (the "Bankruptcy Code"), to use of cash and other collateral in which Cambridge Trust Company ("CTC") and Massachusetts Growth Capital Corporation ("MGCC") and other secured creditors assert an interest; and the Debtor having sought the assent of CTC and MGCC to the Third Motion for Extension and this Court having jurisdiction to consider the Third Motion for Extension and notice of the Third Motion for Extension and any hearing thereon having been sufficient according to the certificates of service filed with the Court; and after due deliberation the Court having determined that the relief requested in the Third Motion for Extension is in the best interests of the Debtor and its estate and good and sufficient cause having been shown;

1

It is hereby Ordered:

1. That the first sentence of paragraph 5 of this Court's Assented to Further Order Authorizing Continued Use of Cash Collateral, dated December 19, 2019 [Doc. No. 101] (the "Further Order") is hereby amended to state as follows:

> Termination. Absent further Order of this Court, authorization of the Debtor to use cash collateral pursuant to this Order, shall cease on the Termination Date which shall be the earlier to occur of: (i) June 30, 2020; or (ii) the fifth day that a Termination Event (as defined below) is continuing after notice is given as provided below by CTC or MGCC except where designated "(No Notice Required)."

2. That the supplemental budget attached as Exhibit 1 to the Third Motion for Extension shall constitute the "Budget," as that term is defined in paragraph N of the Further Order, for the purposes of the Further Order, for the period May 1, 2020 through June 30, 2020.

3. The Debtor is hereby authorized and directed to make monthly adequate protection payments beginning on May 15, 2020 and on the fifteenth day of each month thereafter, such payments shall be in the monthly amount of $936.05, which amount is the 30-day non-default interest due on CTC's secured claim as of the Petition Date.

4. The Debtor shall file a Fourth Motion for Further Use of Cash Collateral on or before June 23, 2020 at 4:30 p.m. and that the Court shall hold a hearing on June 30, 2020 at 11:00 a.m. on the Motion. Any objections to the Fourth Motion for Further Use of Cash Collateral shall be filed on or before June 26, 2020 at 4:30 p.m.

5. The Debtor is hereby authorized and directed to deliver to each of MGCC

and CTC a copy of any written offer to purchase any or all of the assets of the Debtor within one (1) business day following the Debtor's and/or its Broker's receipt of such offer.

6. That except as expressly set forth herein, nothing in this Order shall modify the terms of the Further Order all of which terms, except as expressly modified herein, shall remain in full force and affect after the entry of this Order. Except as expressly set forth herein, nothing in this Order shall be deemed to impair or prejudice the rights and remedies of CTC and/or MGCC under the Further Order or applicable law.

Entered as of 8th day of May, 2020 at Boston, Massachusetts

_____
Frank J. Bailey
United States Bankruptcy Judge