**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

## RECONCILIATION REPORT FOR APRIL 2020

Somerville Brewing Company ("Somerville Brewing"), as provided for in the *Debtor's Motion to Extend Use of Cash and Non-Cash Collateral* and the *Budget* attached to the *Cash Collateral Motion* as Exhibits A and B (the "Cash Collateral Motion" and the "Budget") [Doc. No. 42] and the *Order on Third Motion Seeking Extension of Debtor's Right to Use of Cash Collateral and Offer of Adequate Protection* (the "Fourth Interim Cash Collateral Order") [Doc. 156] entered on May 8, 2020, the Debtor submits the Reconciliation Report for the period of April 2020.

The Debtor has previously reported that due to the Covid-19 crisis, they were forced to close both of the locations in accordance with the rules and regulations implemented by the Commonwealth and the City of Somerville. The budget was prepared and filed when it advertised that the date for reopening would be May 4, 2020. However, that date was extended, and therefore, the Debtor has not operated other than to bottle and sell beer to go from one location. Accordingly, the Budget is well outside the projected sums for revenues and expenditures.

The Debtor continues to monitor the situation and its efforts to generate an offer to acquire but there have been no showings since the shut down and no offers have yet been received.

                                                      Respectfully submitted,
                                                      **Somerville Brewing Company**
                                                      By its attorney,

Dated: May 15, 2020                                 /s/ Nina M. Parker
                                                      Nina M. Parker (BBO #389990)
                                                      Marques C. Lipton (BBO #676087)
                                                      Parker & Lipton
                                                      Parker & Associates LLC
                                                      10 Converse Place, Suite 201
                                                      Winchester, MA 01890
                                                      (781)729-0005
                                                      nparker@parkerlipton.com

Somerville Brewing Company
April 2020 Budget Reconciled

| | 4/1-4/30/20 Budget | Actual |
|---|---:|---:|
| Cash Receipts (including meals tax & CC Tips) | $ 253,390 | $ 6,395 |
| | | |
| **Cost of Sales** | | |
| Food & Supplies | $ 32,941 | $ 246 |
| Brewery Materials | $ 13,500 | $ 5,096 |
| Credit Card Processing Fees | $ 5,904 | $ 433 |
| | $ 52,345 | $ 5,775 |
| | | |
| Gross Profit | $ 201,045 | $ 620 |
| | | |
| **Operating Expenses** | | |
| Payroll & Payroll Liabilities | $ 77,000 | $ 15,938 |
| Advertising | $ 1,500 | $ 219 |
| Restaurant Supplies | $ 300 | $ 10 |
| Linen Service | $ 2,200 | |
| Cutlery/Knife Sharpening | $ 200 | |
| Cable TV/Internet/Music | $ 2,000 | $ 636 |
| Trivia Fees | $ 1,500 | |
| Pest Control | $ 265 | |
| Telephone System | $ 165 | $ 165 |
| Online Services/Apps | $ 550 | |
| Freight | $ 200 | $ 51 |
| Automobile Fuel | $ 150 | $ 52 |
| Rent | $ 25,274 | |
| Storage Fees | $ 1,400 | $ 235 |
| CAM Charges | $ 5,341 | |
| Insurance | $ 5,000 | |
| Facility Repairs | $ 1,000 | |
| CO2 Rental/Gas | $ 850 | $ 232 |
| Trash Removal | $ 1,700 | |
| Electric Utilities | $ 2,600 | |
| Gas Utilities | $ 1,100 | |
| Payroll Fees | $ 250 | $ 125 |
| Bank Fees | $ 150 | $ 162 |
| Cambridge Trust Co ACH Claim | $ 1,394 | |
| Excise Taxes | $ 180 | |
| License/Permit Fees | $ - | |
| Legal/Accounting Fees | $ 5,000 | |
| Misc | $ 5,000 | $ 1,217 |
| Total Expenses | $ 142,269 | $ 19,042 |
| | | |
| **Non-Operating Expenses** | | |
| Meals Tax | $ 14,224 | $ 3,001 |
| Employee Tips | $ 35,966 | $ 738 |
| US Trustee Fees | $ 4,875 | $ - |
| Total Non-Operating Expenses | $ 55,065 | $ 3,739 |
| | | |
| TOTAL EXPENSES | $ 197,334 | $ 22,781 |
| | | |
| NET INCOME | $ 3,711 | $ (22,161) |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Nina M. Parker, do hereby certify that I have given either electronic notice, fax notice and/or mailed, postage prepaid, copies of the **Reconciliation Report for April 2020** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

DATED:    May 15, 2020

**Electronic Mail Notice List**

- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Paul R, Hage    phage@jaffelaw.com
- Honor S. Heath    honor.heath@eversource.com, honor.heath@hotmail.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com