

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

SOMERVILLE BREWING COMPANY,
Debtor

Ch. 11

19-13300-FJB

### Order

**MATTER:**

#163 Motion filed by Anthony M. Moccia on behalf of Harry A. Readshaw to Appear pro hac vice for Creditor Street Retail, Inc.

No objection filed. Leave to appear pro hac vice is hereby granted.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 6/8/2020