UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SOMERVILLE BREWING COMPANY, ) | CHAPTER 11 |
| ) | CASE NO. 19-13300-JEB |
| Debtor ) | |

**STATEMENT OF NO OBJECTION RE APPLICATION FOR
COMPENSATION FILED BY DEBTOR'S COUNSEL**

Mark G DeGiacomo, the duly appointed Chapter 7 trustee in the bankruptcy estates of R. Jeffrey Leiter and Caitlyn M. Jewell (Case No. 20- 10232) (the "Trustee") hereby submits this statement of no objection concerning the Application for Compensation filed by Debtor's counsel (Doc. #150).

In connection therewith the Trustee states:

1. On September 27, 2019, Somerville Brewing Company ("Somerville Brewing") filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code.

2. On January 30, 2020, R. Jeffrey Leiter and Caitlyn M. Jewell (the "Individual Debtors") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code (the "Individual Bankruptcy Estate").

3. The Individual Debtors own 100% of the outstanding shares of stock in Somerville Brewing.

4. On April 27, 2020, the Trustee filed an Objection to the assertion by the Individual Debtors that the amount of $33,000 which they contributed to the retainer that was paid to Attorney Nina Parker to serve as counsel for Somerville Brewing (the "Retainer") should be exempt (the "Objection").

5. The hearing on the Objection is currently scheduled to take place on July 7, 2020.

6. On May 1, 2020, Attorney Parker filed her Application for Compensation which, among other things, requests authority to pay her interim compensation from the Retainer.

7. On June 10, 2020, this Court entered an Order requesting that the Trustee file a statement concerning the use of the Retainer to pay any allowed interim compensation.

8. The Trustee hereby advises the Court that he has no objection to the allowance of the application for compensation on an interim basis but he requests that the Order indicate that it is without prejudice to the rights of the Trustee to assert that the funds should be returned to the Individual Bankruptcy Estate.

MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE OF THE ESTATE OF R. JEFFREY LEITER AND CAITLIN M. JEWELL,

    /s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com

Dated:  June 16, 2020