

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:* | |
|---|---|
| SOMERVILLE BREWING COMPANY, Debtor | Ch. 11<br>19-13300-FJB |

### Order

**MATTER:**

#177 Statement of No Objection Re: Application for Compensation filed by Debtor's Counsel (Re: 150 Application for Compensation, 170 Order on Application for Compensation) filed by Interested Party Mark G. DeGiacomo

In light of this statement filed by Chapter 7 Trustee, Mark DeGiacomo, in case 20-10232, the Court hereby states that its Order dated 6/9/2020 [#170] is without prejudice to the rights of the Chapter 7 Trustee to assert that the retainer funds should be returned to the Individual Bankruptcy Estate.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 6/17/2020