

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:*<br><br>SOMERVILLE BREWING COMPANY,<br>  Debtor | Ch. 11<br>19-13300-FJB |
|---|---|

### Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing:
#166 Motion filed by Creditors Marisa Braga Tauro, William B. Tauro for Relief from Stay Re: pending litigation at Middlesex Superior Court (H. Brooks Whelan)
#180 Response filed by the Debtor (Parker, Nina)

**Decision set forth more fully as follows:**

Telephonic hearing held. The movants are hereby granted relief from the automatic stay to pursue their state court claims against the Debtor and to collect any judgment from any insurance coverage that may exist. To be clear, the movants may not collect against assets of the bankruptcy estate or assets of the Debtor. The movants stated in open court that they waive any amount above that which is covered by insurance.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 6/30/2020