

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SOMERVILLE BREWING COMPANY, <br>  Debtor | Ch. 11 <br><br> 19-13300-FJB |

### Order

**MATTER:**

#200; Motion filed by Creditor Horace-Ward, LLC to Continue Hearing Re: 173 Motion filed by Creditor Horace-Ward, LLC for Relief from Stay Re: 15 Ward St., Somerville MA 02143 with certificate of service. (Berman, Neil).

Granted. The hearing is rescheduled to September 1, 2020, at 11:00 A.M.. and shall be telephonic.

Because of concerns about COVID-19, all participants, including attorneys, the Debtor(s), witnesses, affiants, and other attendees shall appear by telephone and may not appear in person. To appear telephonically, attendees shall, at the appointed time of hearing, dial (877) 336-1839 and enter access code 7925100.

To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court requests that the Parties attempt to confer briefly 48 hours prior to the scheduled hearing

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 7/2/2020