**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:                                                    )
                                                          )
**SOMERVILLE BREWING COMPANY**   )        Chapter 11
                                                          )        Case No.  19-13300-FJB
                    **DEBTOR**                )
                                                          )

**NOTICE OF INTENDED PUBLIC AUCTION SALE**
**BY INTERNET AUCTION MECHANISM OF**
**PERSONAL PROPERTY AND EQUIPMENT**
<u>**FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**</u>

<u>**AUGUST 19, 2020**</u>   IS THE DATE OF THE PROPOSED SALE AT 490 Foley Street, Somerville, MA 02145 ("**Assembly Row**")

<u>**AUGUST 20, 2020**</u>   IS THE DATE OF THE PROPOSED SALE AT 15 Ward Street, Somerville, Massachusetts ("**Ward Street**")

_____ IS THE DATE BY WHICH OBJECTIONS MUST BE MADE

**NOTICE IS HEREBY GIVEN**, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR Rule 2002-5 and 6004-1, that the Debtor intends to sell at public auction sale the Debtor's right, title and interest in certain property of the estate consisting of:

**PROPERTY TO BE SOLD:**
Debtor's right, title and interest in all of its personal property and equipment located at  Somerville Brewing Company at Assembly Row;  and

Debtor's right, title and interest in all of its personal property and equipment located at Somerville Brewing Company at  15 Ward Street

**THE AUCTION:** The sale will be conducted by Paul E. Saperstein Company (hereinafter "Auctioneer")the  respective locations as follows:

   **Assembly Row on August 19, 2020 at 11:00 a.m.**

   **Ward Street on August 20, 2020 at 11:00 a.m.**

The website address of the auctioneer is www.pesco.com.  The website address for the internet auction is www.bidspotter.com. The proposed sale procedures are more particularly described in the *Assented to Motion For An Order Authorizing The Debtor To Sell Personal Property And Equipment Free And Clear Of All Liens, Claims, Interests, And Encumbrances And To Use Internet Auction Mechanism* (the "Motion to Approve Sale") a copy of which is available at no charge upon request from the undersigned or on the website of the Court at www.mab.uscourts.gov.

**SALE FREE AND CLEAR OF LIENS:**

The assets will be sold free and clear of all liens, claims and encumbrances.  Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

**OBJECTIONS:**

Any objections to the sale must be filed in writing with the Clerk, United States Bankruptcy Court at J.W. McCormack Post Office & Court House, 5 Post Office Square, Room 1150, Boston, Massachusetts 02109 on or before _____ at  4:30 p.m. (the "Objection Deadline").  A copy of any objection also shall be served upon the undersigned.  Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.  Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

**HEARING:**

A hearing on objections and the Motion to Approve Sale is schedule to take place on _____ at _____ a.m./p.m. before the Honorable Frank J. Bailey, United States Bankruptcy Judge, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Courtroom 1, Boston, Massachusetts 02019.  At the hearing on approval of the sale, the Court may determine further terms and conditions of the sale.  Any party who has filed an objection is expected to be present at the hearing, failing which the objection may be overruled.  The Court may take evidence at the hearing to resolve issues of fact.  If no objection to the Motion to Approve Sale is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without a hearing.

                                            Respectfully submitted,

                                            /s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com