# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No.  19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Nina M. Parker, do hereby certify that I have given either electronic notice and/or mailed, postage prepaid, copies of **Assented to Motion for an Order Authorizing the Debtor to Sell Personal Property and Equipment Free and Clear of All Liens, Claims, Interests and Encumbrances and to Use Internet Auction Mechanism** to the parties listed on the annexed service list.

<u>/s/ Nina M. Parker</u>
Nina M. Parker (BBO #389990)
Marques C. Lipton (BBO #676087)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

DATED:        July 10, 2020

**VIA ECF**

- Neil J. Berman    njberman2@juno.com, njberman3@yahoo.com
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- Mark G. DeGiacomo    mdegiacomo@murthalaw.com,
  MA42@ecfcbis.com;jbabula@murthalaw.com;lmulvehill@murthalaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Paul R, Hage    phage@jaffelaw.com, gshaw@jaffelaw.com
- Honor S. Heath    honor.heath@eversource.com, honor.heath@hotmail.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com
- Harry A. Readshaw    hreadshaw@eckertseamans.com

**VIA EMAIL**

Michael E. Saperstein, Executive Vice President of Paul E. Saperstein Co., Inc.

Somerville Brewing Company, c/o Jeff Leiter, President

Robert D. Babine, Certified Public Accountant to Debtor

Todd C. Smith, Corbett Restaurant Group

H. Brooks Whelan, Counsel to  William Tauro and Marissa L. Tauro

**VIA MANUAL NOTICE**

American Express National Bank
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355

On-Deck Capital Inc.
101 West Colfax Avenue, 10th Floor
Denver, CO 80202

Commonwealth of Massachusetts
Department of Unemployment Assistance
Attn:  John Patrick Cronin
19 Staniford Street
Boston, MA  02114

Financial Pacific Leasing, Inc.
3455 S. 344th Way, Ste. 300
Federal Way, WA  98001

Corporation Service Company,
 as Representative of Ascentium
P.O. Box 2576
Springfield, IL  62708-2576

M2 Lease Funds LLC
175 N. Patrick Boulevard, Ste. 140
Brookfield, WI  53045-5811

Marlin Business Bank
2795 E. Cottonwood Parkway
Salt Lake City, UT  84121

Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ  08054-1201