# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re:                                    ) | |
|                                                ) | |
| **SOMERVILLE BREWING COMPANY**  ) | Chapter 11 |
|                                                ) | Case No.  19-13300-FJB |
| **DEBTOR**                           ) | |
|                                                ) | |

## STATUS REPORT

NOW COMES the Debtor and Debtor-in-Possession, Somerville Brewing Company, and hereby submits this Status Report in connection with the Chapter 11 proceeding.

1. The Debtor sold all assets at the public auction sales pursuant to the terms detailed in the Assented to Motion for Order Authorizing the Debtor to Sell Personal Property and Equipment Free and Clear of all Liens, Claims, Interests and Encumbrances, the lease for the premises is rejected together with a release of all claims the Landlord had against the Debtor ("Motion to Sell"). [Doc. No. 213, 218].

2. In light of the cessation of operations and the sale of the assets, the Debtor did not seek to extend the use of the Motion for Cash Collateral as required by the Order entered on June 30, 2020 and does not presently seek the use of cash collateral. [Doc. No. 196].

3. Also, in light of the completion of the auction at the Assembly Square location and as part of the consideration of the landlord who was successful as the "stalking horse bidder", the Debtor withdrew the Motion to Extend Time to Assume or Reject the Lease for the premises located at Assembly Row. [Doc. No. 221, 223].

4. The Debtor intends to timely file a Plan of Liquidation to address the disposition of the proceeds which were generated by the sale of the assets after receipt of the accounting by the Auctioneer. The Plan of Liquidation will provide for payment of the administrative fees and expenses including payment of all quarterly fees owing to the U.S. Trustee through the filing of the Application for Final Decree.

Respectfully submitted,

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

Dated:  September 1, 2020

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SOMERVILLE BREWING COMPANY** ) | **Chapter 11** |
| ) | **Case No. 19-13300-FJB** |
| **DEBTOR** ) | |
| ) | |

### CERTIFICATE OF SERVICE

I, Nina M. Parker, do hereby certify that I have given electronic notice of the **Status Report** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
Parker & Lipton
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890
(781)729-0005
nparker@parkerlipton.com

Dated: September 1, 2020

**Electronic Mail Notice**

- Neil J. Berman    njberman2@juno.com, njberman3@yahoo.com
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- Mark G. DeGiacomo    mdegiacomo@murthalaw.com, MA42@ecfcbis.com;jbabula@murthalaw.com;lmulvehill@murthalaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Paul R. Hage    phage@jaffelaw.com, gshaw@jaffelaw.com
- Honor S. Heath    honor.heath@eversource.com, honor.heath@hotmail.com
- James M. Liston    jml@bostonbusinesslaw.com
- Anthony M. Moccia    amoccia@eckertseamans.com
- Rion Vaughan    rmv@riw.com